# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MIYOSHI ALLEN,** : | |
|     Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 25-CV-1287** |
| : | |
| **BERNICE NELSON,** : | |
|     Defendant. : | |

## **ORDER**

AND NOW, this 6th day of October, 2025, upon consideration of Plaintiff Miyoshi Allen's *pro se* Amended Complaint (ECF No. 13) and Praecipe to Enter Default (ECF No. 14), it is **ORDERED** that:

1. Allen's Praecipe to Enter Default is **STRICKEN**. This case has not yet been served.

2. The Amended Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction and without further leave to amend for the reasons in the Court's Memorandum.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                                    **BY THE COURT:**

                                                    **/s/ Juan R. Sánchez**
                                                    **JUAN R. SÁNCHEZ, J.**